KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| RONNY MELTON, | |
|---|---|
| Plaintiff, | Case # 1:17-CV-01057-BAM |
| vs. | STIPULATED EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have an extension of time to file Plaintiff's Opening Brief. Plaintiff's counsel has been unwell, including a hospitalization, and required some recuperation and the rescheduling of several deadlines to properly address the issues. As a solo practitioner, Plaintiff's counsel is unable to complete the briefing at this time. Parties stipulate to a 45-day extension. Opening Brief shall now be due on June 5, 2018.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated May 25, 2018:        /s/ Kelsey M Brown

Page 1    STIPULATION
          [1:17−CV−01057−BAM]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

KELSEY MACKENZIE BROWN CA #263109
Mackenzie Legal, PLLC
1003 Whitman
Tacoma, WA 98406
(206) 300-9063
Attorney for Plaintiff

Dated May 25, 2018:     s/ KELSEY M. BROWN for Michael Marriott
MICHAEL MARRIOTT
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and cause appearing, Plaintiff shall have an extension of time, *nunc pro tunc*, to June 5, 2018, to file an Opening Brief. All other dates in the Court's Scheduling Order (Doc. 6) are modified accordingly.

IT IS SO ORDERED.

Dated: **June 6, 2018**          /s/ Barbara A. McAuliffe
                         UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATION
         [1:17−CV−01057−BAM]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063