1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (415) 977-8985
7        Facsimile: (415) 744-0134
         E-Mail: Michael.Marriott@ssa.gov
8
9   Attorneys for Defendant

10                    UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12                         FRESNO DIVISION

13

14  RONNY MELTON,                    )  Civil No. 1:17-cv-01057-BAM
                                     )
15        Plaintiff,                 )  **STIPULATION AND ORDER FOR A**
                                     )  **FIRST EXTENSION OF TIME FOR**
16        v.                         )  **DEFENDANT TO FILE HER BRIEF**
                                     )
17  NANCY A. BERRYHILL,              )
18  Acting Commissioner of Social Security,  )
                                     )
19        Defendant.                 )
20  _____  )

21

22        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

23  with the approval of the Court, that Defendant shall have a first extension of time of 30 days to

24  file her responsive brief.  Defendant respectfully requests this extension of time because a very

25  heavy workload, especially as a result of a lengthy seventeen day vacation to Taiwan.

26

27

28  Stip. to Extend Def.'s Brief


                                      1

The new due date for Defendant's responsive brief will be Monday, August 6, 2018.

Respectfully submitted,

Date: *July 5, 2018*                                MACKENZIE LEGAL, PLLC

By:    */s/ Kelsey Mackenzie Brown\**
             KELSEY MACKENZIE BROWN
             *\* By email authorization on July 5, 2018*
             Attorney for Plaintiff

Date: *July 5, 2018*                                MCGREGOR W. SCOTT
                                     United States Attorney

By:    */s/ Michael K. Marriott*
             MICHAEL K. MARRIOTT
             Special Assistant United States Attorney
             Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## **ORDER**

Pursuant to the stipulation, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time to August 6, 2018, in which to file a response to Plaintiff's opening brief.   All other deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **July 9, 2018**                         /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE